Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com


Attorney for Plaintiff,
Charoletta D. Parhan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAROLETTA D. PARHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:12-cv-02765-DAD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENTION OF 30 DAYS FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

    Plaintiff Charoletta D. Parhan ("Plaintiff") respectfully submits this Stipulation and Proposed Order to extend by 30 days Plaintiff's deadline to file her motion for summary judgment in this matter.

    1.    On April 11, 2013, Magistrate Judge Dale A. Drozd issued a Scheduling Order in this matter, which ordered Plaintiff, in pertinent part, to file and serve a motion for summary judgment and/or remand within 45 days from the date defendant Commissioner of Social Security ("Commissioner") served Plaintiff with a copy of the administrative record.

    2.    On September 3, 2013 Defendant filed with the Court notice of lodging the administrative transcript in this matter.

    3.    Plaintiff requests a first extension of 30 days by which to file her motion for summary judgment in this matter.  The reason for Plaintiff's request is her undersigned counsel relocated offices this week and is unable to complete Plaintiff's motion by the original deadline.

    4.    On October 17, 2013, Plaintiff filed with the Court a similar motion for extension of time, which the Court requested be re-filed to reflect defendant's stipulation.

NOW THEREFORE, the parties have agreed to, and Plaintiff requests, a thirty (30) day extension of the deadline for Plaintiff to file and serve her motion for summary judgment and/or remand.

Dated:  October 21, 2013                             Respectfully submitted,


                                                     __/s/ Jared Walker_____
                                                     JARED T. WALKER,
                                                     Attorney for Plaintiff Charoletta D. Parhan


Dated:  October 21, 2013                    SOCIAL SECURITY ADMINISTRATION

                                    By:     __/s/ Lynn M. Harada_____
                                            LYNN M. HARADA
                                            Special Assistant United States Attorney
                                            Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, the Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days to November 18, 2013; and

2. All other deadlines and scheduling matters set forth in the Court's April 11, 2013 Scheduling Order remain the same.

Plaintiff's October 17, 2013 motion for an extension of time (Doc. No. 15) is denied as moot.

**IT IS SO ORDERED.**

Dated: October 23, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
parhan2765.stip.eot.ord.docx